**WEISCO COMPUTERS INC.,**
Plaintiff–Appellant,

v.

**HEWLETT–PACKARD COMPANY,**
Defendant–Appellee.

No. 04–14568.

United States Court of Appeals,
Eleventh Circuit.

April 24, 2006.

Stefanie R. Shelley, Gerald F. Richman, Michael J. Napoleone, John R. Whittles, Richman, Greer, Weil, Brumbaugh, Mirabito & Christensen, West Palm Beach, FL, for Plaintiff–Appellant.

Gustavo J. Membiela, Ted Christopher Craig, Hunton & Williams, LLP, Miami, FL, for Defendant–Appellee.

Before DUBINA, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

The judgment of the district court is **AFFIRMED**.